IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GBEKE AWALA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 05-472-KAJ |
| | ) |
| ATTORNEY SAMUEL C. STRETTON, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 13th day of January, 2006;

IT IS ORDERED THAT:

The complaint in this matter filed by Gbeke Awala ("Awala") is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the Court's December 1, 2005 order. (D.I. 2). The order notified Awala he was required to file: 1) a request to proceed *in forma pauperis,* and 2) a certified copy of his trust account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. The December 1, 2005, order further notified Awala that the documents were to be filed within thirty (30) days from the date the order was sent or the case would be dismissed. (D.I. 2). To date, the required documents have not been received from Awala.

_____
UNITED STATES DISTRICT JUDGE