IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE.

Gbeke M. Awala,
    Plaintiff,

vs.        Civil No. 05-472-KAJ

Attorney Samuel C. Stretton.   To Benefit:
   Defendant,    Criminal No: 04901-KAJ.
                  U.S.A. vs Awala

MOTION TO PRECLUDE INSTITUTIONAL TRANSFER.
**MOTION FOR RECONSIDERATION**

JAN 23 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Now Comes, the Plaintiff MR. Gbeke M. Awala, appearing in Pro Se Status; and respectfully moves the honorable Court to reconsider the Plaintiff's Contentions and Complaint in regards to the Defendants Conducts during the Plaintiff's Criminal Trial, Plaintiff have Sufficient Personal Injury in fact, based on Coflict of Interest Sufficient to Support Constitutional Standing Understandable in Law to disqualify the Counsel Stretton Sitting as the leading or Standby Counsel in the Plaintiffs Criminal Proceedings: In Support thereof Plaintiff states as follows:

Your honor, When I received the Court's Order dated 13th day of January, 2006, an Order Dismissed without Prejudice, for failure to Comply with the Court's December 1, 2005, Order (D.I.). Although the Plaintiff Mailed Some type of an Incomplete Letter directing the Clerk to close the case, In the hope that

there can be mutual Agreement and effective assistance, but after Considering the performance and Incident that failed adequate preparation for the trial and Some defenses presented by the Plaintiff after a 1 day only Visitation made by Counsel Streeton on December 28, 2005, here at Salem County Corrections, NJ, the alleged Counsel's professional Conduct was dishonest and reckless and Yet Created Several fault during the Trial to which the Court was aware of often Caution him to Stop refusing the Plaintiff's direct Control over the administration of the Criminal Trial. Your honor I realized how Impossible it would be for me to depend on this Counsel, he Suggested I prepare Questions and he will direct me, then refused or led me astray ninety-nine and Seeks straying me asking me to Convert the Trial Into Plea, three Times, Assuredly he killed my Spirit the very 1st day and having Cast his betrayal, openly restore Some Issues about my desires to Cross-examine myself and deny my Integrity openly everyone In the Court the prosecuting Team heard our argument, this is an Offenses; Sir, there was Conflict of Interest, attorney Streeton, as I watch through Video Cast, while the Volumes was Totally off or really low, to the point when Your honor Causes the Jury to Confirm each Individuals Jurors decision on Verdicts, I heard Your Voice Your Honor, I heard no other Voices I Cannot In tell if the Verdict was Unanimous or otherwise, I did not even heard the very first reading of the Verdict Your honor, from when the Guilty Verdict was announced — Therefore, Streeton exchanges do coments, under Attorney-Client Privileges, he betrayed me Your honor, he frustrated me while I took the Stand and Made at least 3 enough opinion, Objection and Side bar. In front of the Jury, Your honor, I want A New Trial By my own Self, knowing that I have direct and free Control of the strings and Can properly Question witness Cross- or Direct and Rest my Case.

(2).

## OTHER ERRORS OR MISTAKE MADE.

Your Honor, I was watching the Video Tru as placed in the cell, when the Juries appeared to here the Court's opinion regarding whether the production of Sufficient access or Meaningful Access So that I can locate Records, witnesses and rendering a positive result to prove I'm an American Citizen, there are families whom I had provided Streeton and his Investigator The Jones families, whom in 1997, at my short Visit In Carrol City at recognizes me and Supported multiplicity of opinions. and another white Tall man, Assuredly Your honor, I'm been betrayed by Streeton, and we did not Adequately prepared for the Trial. People who knew me In diapers Could witness.

<u>Error from The Court:</u> Your honor All I wanted to do was cry, and I cried, believe me. I never wanted to show the Jury the passport, now Streeton Injected that Suggeston, at the Time he gave me the Copies, Your honor wanting me to flash it on Agent Gonzales, Your honor, I told you from the First, there Cannot be any wrong Action, IF I were to have Conducted that Case Just as Beth defended the Government, Your honor despite 10 to 15 document received in Evidence in light most favorable to the Governments the Jury Sought opportunity to address my U.S. Citzenship Claim, Your honor

(3).

I'm Sick, I have no concrete support, extreme hardship, My Baby mum in Canada, she's on Shelter Car and my son is only 5, her family wrote stricken and said I'm American. yes, so when the Vital Statistics in Florida first Indicated I should check other Vital Statistics, I checked Philadelphia, and Chicago because I was in Philadelphia FDC Philadelphia, However, My Sting on Florida remained Formed and on Chicago Steady, not New York or Somewhereelse, because I knew the documents I saw Indicated Specifically a Prima facie proof that Florida was my authentic Birth Place, Yes I was treated for leukemia In Roy Lester U.S. Virgin Island, but I rage and disagree that I could have been Born there. My father's death was in Chicago.

Your Please do not shut the door on me, I am Your Child, You represent my father because You are acting under the Color of the federal Law and as a Judge You posess higher tomb of power — Your honor I Seek a New Trial without Prejudice and Under the Spirit of Truth in me and the Court's Indulgence, I will do Valiantly. I was born in this Country Your honor, believe me, this is the work of God and you know it, You know I was born here Your honor, My Testimony is true, It should have been admitted to the Jury to In-addition give Some Consideration to it, but I figure your Sudden change based on my Cry under the deppressing Situation in totality of Circumstances, In which I Could have handle differently, If I had been fully permitted in Pro Se.
    I am an American Your honor. I testify of it, and I heard you told the Jury not to Consider it.
                                        Respectfully
Dated: 1/20/06    (4.)              Obeke Awate

1/20/06

Awala vs. Stretton  No. 05-472-KAJ.
U.S.A. vs Awala  No. 04-901-KAJ.

## Some Memorandum of Law:

Admission of attorneys to Practice: Federal disciplinary standards do not preempt States from disciplining attorneys for improper acts performed in Federal Courts. Berger v. Cuyahoga County Bar Ass'n (Ohio) 1993, 983 F.2d 718.

In this Case: The Court should disciplin Attorney Stretton for his Conduct in the defense of the matter before the Court and prosecution of the plaintiff Mr. Gbeke Awala.

Attorney can have no Sufficiently personal Injury In fact, based on Conflict of Interest Status of her opposing Counsel, Sufficient to Support Constitutional Standing to move disqualify that adversary. Colyer v. Smith, C.D. Cal. 1999, 50 F.Supp.2d 966.

Your honnor I suffer actual or Imminent, not Conjectural or hypothetical Injury When and since the Court had attached this man, I Complaint, if I'm driving from Wilmington to Dover, I will know what Speed to regulate and what Turns to Take, this mans Silent words and fishing expedition will Cause me more pain than the Jury's Verdict lenoury that I Can do better by pro se and follow the Court's Cautionary objections, but when he interfers, then I'm Confused and Pregudice, In actuality I have experienced STRICKland's Prong as a result of this Counsel Stretton.

(1)

Clients demand for accounting of legal fees was not yet ripe for Adjudication, where clients demand was Integral part of Malpractice Claim which was similarly unripe on ground that Client had not yet Sustained actual Injury. Boerger v. Levin, E.D. Pa. 1993, 812 F.Supp. 564.

In this Case: Your honor please allot some funds for me directly even if its $500.00 I must pay for Copies and other Imminent needs, this was the Reason for Avala vs Fed. Pub. def D. Del. Your honor, my Complaint of financial Support to Phone People, witnesses within the U.S. Call persons to go hear and there and gather together Information for the Defense, your honor Streeton have not done any Cognizable Job warranting attorneys fees of great value pursuant to Title 18 U.S.C. 3006A CJA, he has Infringed me, and rendered me Disabled, on the basis of his failure to quickly embrace that $500 Substential to Place direct phone Calls to this Agencies obtain fax Confirmation and have them sent directly to the District Court or his Offense. I want the (IOLTA funds) if CJA is not appliable to me in Pro Se Status. To Search for my Biological Mother and her family if I can find her within this zone in Florida. See: Custodial Taking Laws: Supremacy clause, of Funds representing money that Federal Agencies owed to American Citizens whose Whereabouts were unknown, which funds were in Custody of the U.S. Treasury Pursuant to Fed. Statute. State of Arz v. Bourher 1991 935 F.2d 332, 290 US App. DC. 166.

(2-)

Wherefore, Your honor, kindly grant me the Complaint's Motion to reconsider, I have actual Injury see entire Records. <u>U.S.A v. Awala, 04901-KAJ.</u> Sheeton tells me to object and when I say no, he aggravates me so I get mad, I lose control of picking Government's Crosses, that's not right Your honor.

## MOTION TO HALT OR PRECLUDE ANY TRANSFER FROM SALEM COUNTY TO FDC PHILADELPHIA.

Your honor Agent Denny (U.S Marshall) Supervisor, Delaware at my suggestion and his awaken affirmance, I want to take back that request to be Transfered from here, Your honor I cannot aford to mis mails and I aint got no ways to pay for stamps, that's one only privilege here at Salem free 3 mails per week, and in addition I was beaten and oppressed by the BOP staff and I have notified Regional office regarding <u>Awala vs Anderson</u>, et al and I do not want them to Retaliate on that, and besides If I'm gonna get a New trial, is better for me to be here at Salem is not the best place but is Sufficient right now in its close proximity to the Delaware Court, Your honor during Trial I did not mention <u>Awala vs Anderson</u> nor mention <u>Awala vs DRBAPD</u>, therefore, One hand wash another, no complaint as to the few bruises I suffered in cause of handcuffing me after the Jury Trial Cry incidents, 1/18/06. Your honor Just have Confidence in me

(3).

If I do my case by my self, I shall not stumble, If I have money to pay for Cost in the Salem library, I'll get work done on Timely fashion, everything is money, that's why we have argued the mailing Issue, A big Brown envelop was sent back to me from the Court in Delaware through Philadelphia, All Content was removed and Considered that I mailed it like that, that's funny, yet the envelop shows a $3.53 (By weight) stamped envelop U.S. postal Service Dated Jan 04, 06 postal Code marked 19801 addressed to the Clerks office District of Delaware — Returned without the Content, Suspicious, but, as I said the Foundation of that Trial was unjust and resulted into Mislarriage of Justice — the Court has power to exercise Control over Court room no doubt, but there is Cause and effect and its all based on my lacking full Control to present and Collect evidence on my own behalf under the Sixth Amendment as guaranteed under U.S. Const. Your Streeton was my downfall and he fell me with Inelevant Objections, to me to Object Some Standing documents which Can reasonably be known by a lay person I wrote them, However, at that time It was what I knew unequivocally about my past Unlike Since November 2003, and Dec 2003, the Ghana Passport was Obtained — Indicated my Trustworthiness and why the Court should have Considered Rule 807 - Residual Exception to Citizenship, Rebut Prior Statements. Your honor the Verdict was Repugnant, I no you have your view I respect that as the Judge, but Offer me another Chance to prove my Innocence Solely. Thanks in Adv

Dated: 1/20/06        (4)           Glocke Awuta