GBEKE MICHAEL AWALA, No. 82074-054
FDC Philadelphia
P.O. Box 562 "Shu" 80g N-(#56)
Philadelpha, PA 19105

March 28, 2006

Hon. Kent A. Jordon
U.S. District Court Judge
District of Delaware.



FILED
APR - 5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Dear Judge Jordon,

Re:   Awala vs Stretton.   case no. 05-472

The Court did not mark out the limit of what a standby Counsel can do or not do. I have read from the Complaint and the Order of the Court against it, was I the one who put Stretton on my Case? NO
And now, as far as the Case went on Stretton played a role beyond a Traditional role, as a matter of fact he went to the top of the Hill, he went on to engage in the position of a full Role Counsel after I was placed in the cell on January 18, 2006, and there he put in Inadequate and unfair representation, also within the seven day period he did not file Rule 29, but filed Rule 35, he

maintained a frivolous excuse and kept saying the prosperity at trial becomes overturned by my behavior, infront of the jury; No Arrest of Judgment? This Man Conspired with You... He on Jan 25, 2006, as I do not have my legal papers yet, here in the Hole, However, I dealth with him and Complained that you give me my Pro Se Right unaccompanied by a Standby Counsel, you denied me, you throw him in the Case, and on the very 1st day of the trial you Said and I quote: "As far as I'm Concern, Mr Stretton is representing you on this Case." I alone approached You and I put it Into writing I do not want him over Twelve letters, Inter alia, You declined all before you tried me;

Your honor, I fell under Stretton's load, he engaged into wrong-doing spread false allegations, undermines my decisions, he was only a Mouthpiece; All alone I would have done Valiantly, and he was not eloquent, he multiplied Confusion, and mention I was Alien, and all work rested on me he Savaged my Integrity by wild or weared opinions, he never gave me breathing space and he kept this henceforth throughout the trial suggested the passport and latter reverted and winged it off.
He was an accessory to my downfall. Therefore, I did not misthought him to be a Federal Agent not State Actor, but operating under Statute', See: 1983 of Title 42 Definition. therefore, my claim of Inadequate, arbitrary and infair represent by Counsel