IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GBEKE MICHAEL AWALA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 05-472-KAJ ) |
| ATTORNEY SAMUEL C. STRETTON, | ) ) |
| Defendant. | ) ) |

**ORDER**

WHEREAS, Plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on March 3, 2006, the Court entered an order dismissing the complaint without prejudice as legally and factually frivolous and for failure to state a claim upon which relief may be granted (D.I. 5);

WHEREAS, Plaintiff was advised in the March 3, 2006, order that amendment of the complaint would be futile.

WHEREAS, on April 14, 2006, Plaintiff filed an amended complaint without seeking leave of court (D.I. 7);

WHEREAS, the amended complaint once again contains allegations against Plaintiff's federal criminal defense attorney, and those claims fail under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388, 389 (1971).

THEREFORE, at Wilmington this 9th day of May, 2006, IT IS HEREBY ORDERED as follows:

    1.    The amended complaint (D.I. 7) is STRICKEN.

2. This case is CLOSED.

3. Repetitive requests for relief that the Court has already determined are without merit will not be accepted for docketing.

_____
UNITED STATES DISTRICT JUDGE